**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17 B 37372 |
| SHAUNTEL ESTELLE POTTS | ) Chapter 13 |
| | ) |
| Debtor(s) | ) Judge Janet S. Baer |

## NOTICE OF MOTION

To: Lawrence W Lobb, Esq., Drendel & Jansons Law Group, 111 Flinn St., Batavia, IL 60510 - by electronic notice through ECF
Shauntel Estelle Potts, 1624 Victoria Park Circle, Aurora, IL 60504
Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532  - by electronic notice through ECF

**PLEASE TAKE NOTICE** that on **March 2, 2018** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134 or in her absence, before any other judge who may be sitting in her place or stead, and shall then and there move this court pursuant to the attached Motion for Relief from the Automatic Stay, at which time and place you may appear.  A copy of said Motion is attached hereto and herewith served upon you.

1205-07 N. HARLEM AVENUE
CONDOMINIUM ASSOCIATION

/s/ Ronald J. Kapustka
By:  Ronald J. Kapustka

Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CTWE173-61010)

NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CTWE173\61010\3486806.v1-2/21/18

# **CERTIFICATE OF SERVICE**

The undersigned, and attorney, hereby certifies that I have caused a copy of the foregoing Notice and Motion for Relief from the Automatic Stay to be served upon the parties listed below, as to the Trustee and the Debtor's attorney via electronic notice on February 21, 2018 and as to the Debtor by causing same to be mailed in a property addressed envelope, postage pre-paid, before the hour of 5:00 pm on February 21, 2018 from 175 N. Archer Avenue, Mundelein, IL 60060.

Lawrence W Lobb, Esq., Attorney for Debtor, Drendel & Jansons Law Group, 111 Flinn St., Batavia, IL 60510 - by electronic notice through ECF

Shauntel Estelle Potts, 1624 Victoria Park Circle, Aurora, IL 60504

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 - by electronic notice through ECF

          /s/ Ronald Kapustka
          Attorney for Movant

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CTWE173-61010)

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CTWE173\61010\3486806.v1-2/21/18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17 B 37372 |
| SHAUNTEL ESTELLE POTTS | ) Chapter 13 |
| | ) |
| Debtor(s) | ) Judge Janet S. Baer |

## MOTION OF 1205-07 N. HARLEM AVENUE CONDOMINIUM ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY

1205-07 N. HARLEM AVENUE CONDOMINIUM ASSOCIATION, a secured creditor, by and through its attorneys, by Ronald J. Kapustka, moves this Court pursuant to 11 U.S.C. Sec. 362, to modify the automatic stay heretofore entered in this cause, or in the alternative, pursuant to 28 U.S.C. Sec. 1307, to dismiss the Debtor's Chapter 13 bankruptcy and in support states as follows:

1.  This Court has jurisdiction pursuant to 28 U.S.C. §1334 and the general orders of the Northern District of Illinois.

2.  Venue is fixed in this Court pursuant to 28 U.S.C. §1409.

3.  This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

4.  On or about December 18, 2017, Shauntel E. Potts filed her Petition under Chapter 13 of the United States Bankruptcy Code.

NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CTWE173\61010\3486806.v1-2/21/18

5. Creditor and Movant, 1205-07 N. Harlem Avenue Condominium Association ("Association") is incorporated under the laws of the State of Illinois as a non-for-profit corporation and is charged with the authority to administer the subject premises pursuant to the Declaration for the Association (hereinafter referred to as "Declaration"), duly recorded with the office of the Recorder of Deeds.

6. Debtor is the legal owner of the property commonly known as 1205 N. Harlem Avenue, Unit 6, Oak Park, IL which is subject to the terms and conditions of the Declaration.

7. The Declaration gives the Association the right to collect assessments from owners such as the Debtors herein and to maintain eviction actions and to recover attorneys' fees and costs from owners who fail to stay current on their assessments. Unpaid assessments are a lien on the property pursuant to the terms of the Declaration.

8. The Debtor has defaulted with respect to her obligations pursuant to the terms of the Declaration and that she has failed to pay assessments and common expenses as required pursuant to the terms of the Declaration. As of the date hereof, there is due and owing to the Association a pre-petition amount in the sum of $13,078.98 (Minus any payments made by the Trustee) and a post-petition amount in the sum of $1,771.64 in assessments, fees, and costs through February 21, 2018 as evidenced by the Statement of Default filed herewith. Further, that by the time this motion is heard, the post-petition default balance will have increased to $2,180.96 as the March 2018 assessment will have come due.

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CTWE173\61010\3486806.v1-2/21/18

9. That enforcement of this security interest has been stayed automatically by operation of 11 U.S.C.§362 of the Bankruptcy Code upon Debtor(s) filing the instant case.

10. As a result of the above, the Association lacks adequate protection of its interest in the subject property for the reason that the Debtor has not made timely monthly assessments payments due under the Declaration as required.

11. Upon information and belief, the Debtor continues to enjoy the benefits of the common elements and services provided by the Association without making any contribution to the common expenses arising therefrom.

12. If the Association is not legally permitted to proceed with its eviction complaint and to protect its interest in the above-described property and to collect assessments post-petition; as well as to file its lien on the property, it will suffer irreparable injury, loss and damage, as will the other unit owners in the Association.

13. This property is not necessary for an effective reorganization nor is it necessary to the bankruptcy estate.

14. Pursuant to Debtor's Bankruptcy Schedules A & D, there is no equity in the property as the current market value is $98,844.00 and the amount of secured claims is $142,359.62.

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CTWE173\61010\3486806.v1-2/21/18

15. Pursuant to the Debtor's confirmed plan, the property is being surrendered.

16. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and creditor requests this Court so order.

**WHEREFORE**, 1205-07 N. Harlem Avenue Condominium Association prays that upon final hearing of this Motion, the Stay pursuant to 11 U.S.C. Sec. 362 be modified so as to permit the Association to proceed and file its eviction action and/or to enforce its Order for Possession previously granted in its eviction action, and to file its lien on the property, and to proceed, *In Rem*, to collect pre and post-petition assessments, and that 1205-07 N. Harlem Avenue Condominium Association have such other and further relief as this Court deems just and equitable.

                                1205-07 N. HARLEM AVENUE
                                CONDOMINIUM ASSOCIATION

                                By:    /s/ Ronald J. Kapustka
                                        Ronald J. Kapustka

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CTWE173-61010)

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
iManage\CTWE173\61010\3486806.v1-2/21/18